# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| HTG REAL PROPERTY MANAGEMENT INC | * BANKRUPTCY NO. 09-53282 |
| | * CHAPTER 11 PROCEEDING |
| DEBTOR IN POSSESSION | * |

## MOTION FOR EXPEDITED HEARING ON DEBTOR'S APPLICATION TO USE CASH COLLATERAL

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Now comes HTG REAL PROPERTY MANAGEMENT INC Debtor herein, by and through its attorney, Steven G. Cennamo, and files this Motion to Set an Expedited Hearing on Debtor's Application to Use Cash Collateral, and would respectfully show unto the Court the following:

1. Debtor filed an Application to Use Cash Collateral contemporaneously with this motion.

2. Debtor requests an expedited setting to be able to collect the rent from real property due on September 1, 2009 and to use those rents to pay operating expenses and utility bills.

WHEREFORE, PREMISES CONSIDERED, Debtor prays this Court to set a hearing as expeditiously as possible on the said motion, and to shorten the time for notice of said hearing and for such other and further relief as the Court may deem just and proper.

Page 1

Respectfully submitted,

_____
STEVEN G. CENNAMO
2929 Mossrock, Suite 117
San Antonio, Texas 78230
(210) 979-9299
(210) 342-3633 (Fax)
State Bar No. 04045600

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been telecopied, delivered by ECF or delivered by U.S. Mail to the following creditors and parties in interest and by U.S. Mail to all other creditors and parties in interest on the attached Exhibit "A" on this the 30th day of August, 2009:

| | |
|---|---|
| HTG Real Property Management Inc<br>24165 W. IH 10 Suite 217-408<br>San Antonio, TX 78257 | VIA US MAIL |
| U.S. TRUSTEE<br>P.O. BOX 1539<br>SAN ANTONIO, TEXAS 78212 | VIA ECF |
| AR Utilities<br>2330 Schuwirth Rd<br>Converse, TX 78109 | VIA US MAIL |
| First National Bank<br>7925 N. New Braunfels<br>San Antonio, TX 78209 | VIA US MAIL |
| Holt Texas Ltd d/b/a Holt Cat<br>3302 S WW White Rd.<br>San Antonio, TX 78222 | VIA US MAIL |

Page 2

Jacobs Family Trust  
c/o Eric D. Sherer  
11124 Wurzbach Rd., Suite 100  
San Antonio, TX 78230

TELECOPIED 696-9675

Kathleen Hurren  
Attorney for AR Utilities  
2008 N.W. Military Highway  
San Antonio, TX 72813

TELECOPIED 341-6939

First National Bank  
c/o Eric D. Sherer  
11124 Wurzbach Rd., Suite 100  
San Antonio, TX 78230

TELECOPIED 696-9675

Karla R. Pascarella  
Attorney for Holt Texas Ltd.  
Barton, East & Caldwell, L.L.P.  
One Riverwalk Place, Suite 1825  
700 North St. Mary's Street  
San Antonio, TX 78205

TELECOPIED 255-8999

STEVEN G. CENNAMO

HTG REAL PROPERTY
MANAGEMENT INC
BANKRUPTCY NO. 09-53282
All creditors and parties in interest
Exhibit "A"

Airtron
13718 Lookout Road
San Antonio, TX 78233

Adolfo Berjarano
16311 Ventura Blvd., #1210
Encino, CA 91436

ADT Security Services
P.O. Box 55120
Jacksonville, FL 32255

Allen Vargas
46 Los Fells Drive
Pomona, CA 91766

Allied Waste Services
4542 SE Loop 410
San Antonio, TX 76111

American Automatic Sprinklers
1223 Safari
San Antonio, TX 78216

Andrew Nguyen
Catherine Nguyen
16059 Sunshine Ave.
Chino, CA 91708

AR Utilities
2330 Schuwirth Rd
Converse, TX 78109

Attorney General of the U.S.
Main Justice Bldg., Room 5111
10th & Constitution Ave.
Washington, D.C. 20530

Attorney General of the U.S.
10th & Constitution #5111
Washington, DC 20530

Ava Teherani
18340 Ventura Blvd. #214
Tarzana, CA 91350

Ball & Weed
1001 Reunion Pl Blvd.
Suite 600
San Antonio, TX 78216

Ben Lie & Jie Tang
8072 Gragadio Dr. #2
Huntington Beach, CA 92628

Bruce Neyland
14250 Northbrook Drive
Suite 150
San Antonio, TX 78232

Cortez Custom Cabinets
910 E. Lee
Pharr, TX 73577

David Goldberg
4243 W. Sarah St
Burbank, CA 91505

Double H. Landscaping
P.O. Box 829
La Coste, TX 78030

Edward J. Arriola Sr.
Randal Arriola
3275 West Ina Road, Suite 125
Tucson, AZ 85741

Eric D. Sherer
11124 Wurzbach Rd., Suite 100
San Antonio, TX 78230

Ernesto Silva
3428 Mainve Ave.
Baldwin Park, CA 94501

First National Bank of Edinburg
7925 N. New Braunfels
San Antonio, TX 78209

Frantz Kenol
Cynthia Kenol
6579 Prestwick Dr.
Highland, MD 20777

Frost Geo Sciences
13402 Western Oak
Helotes, TX 78023

Gerald Bates
23018 Oxnard Street
Woodland Hill, CA 91367

Gravel Supply
P.O. Box 240935
San Antonio, TX 78224

Guerrero CPA
1503 Jones Maltsberger #102
San Antonio, TX 78216

Hollerman Development
403 Dividend, #101
San Antonio, TX 78219

Hollywood Crawford
11234 Gordon Road
San Antonio, TX 78216

Holt Caterpillar
3302 S WW White Rd.
San Antonio, TX 78222

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service (CH 11)
Special Procedures Staff
STOP 5022 AUS
300 E. 8th St.
Austin, TX 78701
Jerry Wilke Survey
P.O. Box 16034
San Antonio, TX 78280

Internal Revenue Service (Ch 11)
P.O. Box 21126
Philadelphia, PA 19114

Islas Air Conditioning
1416 Culebra Road
San Antonio, TX 78237

Joseph Stahl
c/o John O'Connor
Prudential Classic Realty
21750 Hardy Oak
San Antonio, TX 78258

Julio Francisco Flores
20145 San Vincente Circle
Walnut, CA 91789

Karla R. Pascarella
One Riverwalk Place, Suite 1825
700 North St. Mary's Street
San Antonio, TX 78205

Kathleen Hurren
2008 N.W. Military Highway
San Antonio, TX 72813

Kenneth Grubbs
4241 Woodcock Drive
San Antonio, TX 78228

Linda Lockwook
P.O. Box 2711
Capistrano Beach, CA 92624

Manuel & Martha Luna
8211 Tyrone Ave.
Panorama City, CA 91402

Manuel & Stacey Martinez
3114 Fernside Blvd.
Alameda, CA 94501

Maria & Elain Dobesh
2020 Briarwood Dr.
Santa Clara, CA 95051

Mauricio Bejarano
16311 Ventura Blvd #1210
Encino, CA 91436

McCoy's Building & Supply Center
1200 IH 35 North
San Marcos, TX 78667

Michael A. Derse
2188 Arleen Way
San Jose, CA 95130

Paul M, Smith
Kimberly K. St. Onge
3275 West Ina Road, Suite 125
Tucson, AZ 85741

Paul Payam Kohanbash
1466 S. Shenandoah Street
Los Angelos, CA 90035

Pro-Vigil
4710 Perrin Creek
Suite 300
San Antonio, TX 78217

Rick Lee
5413 Cheyenne Street
Antioch, CA 94531

Roxanne Whitehouse
16059 Sunshine Ave.
Chino, CA 91708

Salvador L. & Linda Galvez
580 Meadow Pass Hts
Walnut, CA 91789

San Antonio National Bank
c/o Scott Farrimon
112 East Pecan Street, Ste 700
San Antonio, TX 78205

Sandra Crow
3525-4-1 Dal Mar Heights Road
San Diego, CA 92130

Security Fire Systems
P.O. Box 577
Coppell, TX 75019

Silvio Brigliadoro
Eduardo Barillas
5431 Skyloft Dr.
Riverside, CA 92509

Stanley Salah
550 Creekside Lane
Morgan Hill, CA 95037

Steven Gross
2318 NW Military Highway
San Antonio, TX 78231

Stone & Soil
26923 IH 10 W
Boerne, TX 78006

Sylvia S. Romo, CPA
Bexar County Assessor-Collector
P.O. Box 839950
San Antonio, Texas 78283-3950

TCL Construction
1131 Babcock Rd, #150
San Antonio, TX 78201

The Jacob Family Trust
16 Crockett
Ivin, CA 92620

The Minkov Family Trust
c/o Eric D. Sherer
11124 Wurzbach Rd., Suite 100
San Antonio, TX 78230

TopNotch Electric
5496 Old Highway 90 W
San Antonio, TX 78227

U.S. Attorney/IRS
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78295-1539

United States Attorney- IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512

Veronica Lopez-Moore
Paul A. Moore
P.O. Box 91557
Tucson, AZ 85757