JIM D. LEE, ESQ., CA #157662
GRISWOLD, LaSALLE, COBB, DOWD, & GIN, L.L.P.
111 E. Seventh Street
Hanford, California 93232-0330
Ph: (559) 584-6656
Fax: (559) 582-3106
E-mail: lee@griswoldlasalle.com

Representatives of Unsecured Creditor Jason Hancock

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 09-53282-RBK |
| HTG REAL PROPERTY MANAGEMENT, INC., | § § § | Chapter 11 |
| DEBTOR. | § § § | |

**RULE 9010 NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Creditor, JASON HANCOCK, hereby requests notice of any adversary proceedings, contested or uncontested matter therein, including all notice required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, debtor, or any other parties in interest. JASON HANCOCK. requests that all such pleadings, notices, and other papers or communications be directed to his representative as follows:

JIM D. LEE,
GRISWOLD, LaSALLE, COBB,
DOWD, & GIN, L.L.P.
111 East Seventh Street
Hanford, California 93232-0330
Telephone: (559) 584-6656
Facsimile: (559) 582-3106
E-mail: lee@griswoldlasalle.com

It is also requested that the above address be added to the Court's master mailing list and

GRISWOLD,
LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH
STREET
HANFORD, CA 93230

-1-

RULE 9010 NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

GRISWOLD,
LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH
STREET
HANFORD, CA 93230

e-mail list and included in the mailing list that the debtor is required to maintain and promptly furnish under Federal Bankruptcy Rule 1007-2.

This Request includes all types of notice referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, the request that the above-named representative of Creditor JASON HANCOCK be electronically served with copies of all papers filed with the bankruptcy court, all reports and statements submitted to the Office of the United States Trustee, and all notices, orders, applications, plans, disclosure statements, complaints, demands, motions, petitions, pleadings and requests, or any other papers brought before the court in this case, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, or otherwise.

DATED: December 2, 2009

GRISWOLD, LaSALLE, COBB,
DOWD & GIN, L.L.P.

By: _____
JIM D. LEE
111 E. Seventh Street
Hanford, California 93232-0330
Phone: (559) 584-6659
Fax: (559) 582-3106
E-mail: lee@griswoldlasalle.com

**Agent/Representative for JASON HANCOCK**

# CERTIFICATE OF SERVICE

I am employed in the County of Kings, State of California. I am over the age of 18 years and not a party to the within action; my business address is 111 E. Seventh Street, Hanford, California 93230.

On the date below, I served a true and correct copy of the following listed document(s):**"RULE 9010 NOTICE OF APPEARANCE AND REQUEST FOR SERVICE"**, to the parties on the **Service List** attached by the method indicated below:

[X] **BY U.S. MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at Griswold, LaSalle, Cobb, Dowd & Gin, L.L.P. in Hanford, California following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S Postal Service on the same day in the ordinary course of business.

[ ] BY OVERNIGHT DELIVERY: By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service to receive documents. Sent via_____.

[ ] BY ELECTRONIC SERVICE: (to individual persons) By electronically transmitting the document(s) listed above to the email addresses of the persons set forth on the attached service list. The transmission was reported as complete without error.

[ ] BY FACSIMILE: By transmitting the document(s) listed above from GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P. in Hanford, California to the facsimile machine telephone number(s) set forth on the attached service list.

Executed on December 3, 2009 , at Hanford, California.

_____
TASHARA HOFF

# SERVICE LIST

| **Attorney for Debtor**<br>Steven G. Cennamo<br>2929 Mossrock, Suite 117<br>San Antonio, TX 78230<br>PH: (210) 979-9299<br>FX: (210) 342-3633<br>scenn@sbcglobal.net | **Debtor**<br>HTG Real Property Management, Inc.<br>Attn: Mauro Padilla, Vice President<br>24165 IH-10 West, Ste 217-408<br>San Antonio, TX 78257 | **Counsel for Rene R. Martinez, Sr., and Margie O. Martinez**<br>Darrell G. Stewart<br>Law Office of Darrell G. Stewart PLLC<br>7300 Blanco Road, Ste 301<br>San Antonio, TX 78216 |
|---|---|---|
| **US Trustee**<br>James Rose, Attorney<br>Uinted States Trustee<br>P.O. Box 1539<br>San Antonio, TX 7829501539 | **Trustee**<br>Randolph N. Osherow<br>342 W. Woodlawn, Suite 100<br>San Antonio, TX 78212<br>PH (210) 738-3001 | **Counsel for Stanley Salah**<br>R. David Fritsche<br>Law Offices of R. David Fritsche<br>921 Proton Road<br>San Antonio, TX 78258-4203 |
| **Counsel for Holt Texas, LTD, dba Holt CAT**<br>James S. Wilkins<br>Willis & Wilkins, LLP<br>Barton, East, & Caldwell, LLP<br>100 W. Houston Street, Suite 1275<br>San Antonio, TX 78205 | **Counsel for Bexar County and City of San Antonio**<br>David G. Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | **Counsel for AR Utilities & Excavation, LLC and Albert Rodriguez**<br>Kathleen A. Hurren<br>2008 N.W. Military Highway<br>San Antonio, TX 78213 |
| **Counsel for San Antonio National Bank**<br>John M. Castillo<br>Stumpf Fairrmond, PC<br>112 E. Pecan Street, Ste. 700<br>San Antonio, TX 78205 | **Agent for FIGA, INC.**<br>Karla R. Pascarella<br>Barton, East & Caldwell, LLP<br>700 North St. Mary's Street, Ste 1825<br>San Antonio, TX 78205-3507 | **Agents for The Rosenstein Family Limited Partnership**<br>Clyde B. Goldsmith and Steven J. Epstein<br>725 N. Zarzamora<br>San Antonio, TX 78207-2130 |
| **Agent for FIA Card Services and NA/Bank of America**<br>American Infosourse, LP<br>P.O. Box 248809<br>Oklahoma City, OK 73124-8809 | **Agent for The Minkov Family Trust**<br>Eric D. Sherer<br>11124 Wurzbach Rd., Ste 100<br>San Antonio, TX 78230-2440 | **San Antonio National Bank**<br>Hector Alvarado<br>San Antonio National Bank<br>45 NE 410, Suite 500<br>San Antonio, TX 78216 |
| Airtron<br>13718 Lookout Road<br>San Antonio TX 78233-4599 | Allan Vargas<br>46 Los Fells Drive<br>Pomona, CA 91766-7000 | Allied Waste Services<br>4542 SE Loop 410<br>San Antonio, TX 78222-3901 |
| American Automatic Sprinklers<br>1223 Safari<br>San Antonio, TX78216-2855 | Andrew and Catherine Nguyen<br>16059 Sunshine Avenue<br>Chino, CA 91708-7642 | Anny Christensen<br>448 Dutchmen<br>Riberton, UT 84096-7760 |
| Attorney General of the U.S.<br>Main Justice Bldg, Room 5111<br>10th and Constitution Avenue<br>Washington, D.C. 20530-0001 | Ava Teherani<br>18340 Ventura Blvd. #214<br>Tarzana, CA 91356-4298 | Ball & Weed<br>1001 Reunion Pl Blvd, Suite 600<br>San Antonio, TX 78216 |
| Ben Lie & Jie Tang<br>8072 Gragadio Dr. #2<br>Huntington Beach, cA 92646-1729 | Brian Taus<br>2608 Calle Rompeolas<br>San Clemente, CA 92673-6419 | Bruce Neyland<br>14250 Northbrook Drive, Ste. 150<br>San Antonio, TX 78232 |
| Aztech Rental Center, Inc.<br>3439 Roosevelt Ave<br>San Antonio, TX 78214-2661 | Cortez Custom Cabinets<br>910 E. Lee<br>Pharr, TX 78577-2224 | Craig Inaba<br>22406 Goldrush<br>Lake Forrest, CA 92630-4307 |

| | | |
|---|---|---|
| David Goldberg<br>4243 W. Sarah Street<br>Burbank, CA 91505-3815 | Desiree Michelle Young<br>348 Manhattan Avenue<br>Hermosa Beach, CA 90254-5134 | Double H. Landscaping<br>P.O. Box 829<br>La Coste, TX 78039-0829 |
| Edward J. Arriola Sr.,Randal Arriola<br>3275 West Ina Rd., Ste 125<br>Tucson, AZ 85741-2198 | First National Bank<br>Attn: Lynn Barlow<br>P.O. Box 660<br>Edinburg, TX 78540-0660 | ADT Security Services<br>14200 E. Exposition Avenue<br>Aurora, CO 80012-2540 |
| Ernest & Xiao Gonzales<br>91 Three Lakes Drive<br>San Antonio, TX 78248-1022 | Ernesto Silva<br>3428 Maine Ave<br>Baldwin Park, CA 91706 | Hollerman Development<br>4403 Dividend, #101<br>San Antonio, TX 78219-2633 |
| Elliot Electric Supply Group LLC<br>2526 North Stallings Dr.<br>Nacogdoches, TX 75964-1201 | Ferguson Enterprises<br>6825 Wallisville Road<br>Houston, TX 77020-3258 | Fiber Glass Insulators<br>P.O. box 4346, Dept 249<br>Houston, TX 77210-4346 |
| First National Bank of Edinburg<br>7925 N. New Braunfels<br>San Antonio, TX 78209-2726 | Frantz and Cynthia Kenol<br>6579 Prestwick Dr.<br>Highland, MD 20777-9792 | Frost Geo Sciences<br>13402 Western Oak<br>Helotes, TX 78023-4676 |
| George Heywood and Denise Taylor-Heywood<br>7421 Enfield Avenue<br>Reseda, CA 91335-3232 | George & Linelle Hanawahine<br>7098 Hawaii Kai Drive, #40<br>Honolulu, HI 96825-3165 | Gerald Bates<br>23018 Oxnard Street<br>Woodland Hill, CA 91367-3231 |
| Gisela M. Grimm-Darrow<br>10231 Farragut Court<br>Manassas, VA 20109-3521 | Gravel Supply<br>P.O. Box 240935<br>San Antonio, TX 78224-0935 | Guerrero CPA<br>1503 Jones Maltsberger #102<br>San Antonio, TX 78216 |
| H. Singh<br>18706 Millhollow<br>San Antonio, TX 78258-4256 | Hagop & Gohar Karakagopian<br>840 Patterson Avenue<br>Glendale, CA 91202-2130 | Hanjiang Zhang and Lin Li<br>12792 Wild Goose Street<br>Garden Grove, CA 92845-3019 |
| Edward J. Arriola Sr.,<br>Randal Arriola<br>3275 West Ina Rd., Ste 125<br>Tucson, AZ 85741-2198 | **Agent for Joseph Stahl**<br>c/o John O'Connor<br>Prudential Classic Realty<br>21750 Hardy Oak<br>San Antonio, TX 78258-4925 | IRS (Ch 11)<br>Special Procedures Staff<br>Stop 5022 AUS<br>300 E. 8th Street<br>Austin, TX 78701-3233 |
| Internal Revenue Service (Ch. 11)<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Islas Air Conditioning<br>1416 Culebra Road<br>San Antonio, TX 78201-5909 | Jerry Wilke Survey<br>P.O. Box 16034<br>San Antonio, TX 78280 |
| Joseph A. and Tawny Amelio<br>5195 Redwood Retreat Road<br>Gilroy, CA 95020 | Hollywood Crawford<br>111234 Gordon Road<br>San Antonio, TX 78216-2846 | Julio Francisco Flores<br>20145 San Vincente Circle<br>Walnut, CA 91789-1844 |
| Kenneth Grubbs<br>4241 Woodcock Drive<br>San Antonio, TX 78228-1328 | Paul Payam Kohanbash<br>1466 S. Shenandoah Street<br>Los Angeles, CA 90035-3517 | Linda Lockwook<br>P.O. Box 2711<br>Capestrano Beach, CA 92624-0711 |
| M.L. Rendleman Company, Inc.<br>8600 Hempstead Rd.<br>Houston, TX 77008-6014 | Manuel & Martha Luna<br>8211 Tyrone Ave.<br>Panorama City, CA 91402-5324 | Manuel & Stacy Martinez<br>3114 Fernside Blvd.<br>Alameda, CA 94501-1760 |
| Mark & Elaine Dobesh<br>2020 Briarwood Drive<br>Santa Clara, CA 95051-2124 | Mauricio Bejarano<br>16211 Ventura Blvd, #1210<br>Encino, CA 9143604388 | McCoy's Building & Supply Center<br>1350 IH 35 North<br>San Marcos, TX 78666 |

| | | |
|---|---|---|
| Michael A. Derse<br>2188 Arleen Way<br>San Jose, CA 95120-1901 | Michael D. Loeffler<br>1686 Ebbets Dr.<br>Campbell, CA 95008-5110 | Morrison Supply<br>P.O. Box 70<br>Fort Worth, TX 76101-0070 |
| **Counsel for San Antonio Water System**<br>Law Offices of Elizabeth G. Smith<br>6655 First Park Ten, Suite 250<br>San Antonio, TX 78213-4305 | P**Agent--Raymond & Nina Sirak, and Frederick & Miriam Lee**<br>James F. Gillen, Jr.<br>3700 Fredericksburg Rd., #237<br>San Antonio, TX 78201-3247 | **Agent for Pape Dawson Engineers, Inc.**<br>Chuck Shipman<br>Haynes and Boone, LLP<br>112 E. Pecan, Suite 1200<br>San Antonio, TX 78205-1540 |
| Veronica Lopez-Moore & Paul A. Moore<br>P.O. Box 91557<br>Tucson, AZ 85752-1557 | Paul M. Smith and<br>Kimberly K. St. Onge<br>3275 West Ina Rd., Ste 125<br>Tucson, AZ 85741-2198 | Kennie Arreola, Brian Tams, et. al.<br>c/o Ernesto Martinez Jr.<br>111 Soledad, Suite 300<br>San Antonio, TX 78205-2321 |
| Paul Webber<br>1918 Canyon Drive<br>Los Angeles, CA 90068-3605 | Pro-Vigil<br>4710 Perrin Creek, Suite 300<br>San Antonio, TX 78217-3728 | QR Fire Protection, Inc<br>3626 Binz Englemann Rd.<br>San Antonio, TX 78219-2201 |
| R. Ponce Construction<br>15422 Legend Drive<br>San Antonio, TX 78247 | RSC Equipment Rental<br>3200 Harbor Lane N., Ste 100<br>Minneapolis, Minn 55447-5293 | Pape Dawson<br>555 E. Ramsey<br>San Antonio, TX 78216-4640 |
| Raymond V. and Sharon Bricker<br>19 Sandra Drive<br>Ormond Beach, FL 32176-3120 | Rick Lee<br>5413 Cheyenne Street<br>Antioch, CA 94531-9091 | Roxanne Whitehouse<br>16059 Sunshine Ave<br>Chino, CA 91708-7642 |
| Salvador and Linda Galvez<br>580 Meadow Pass Hts.<br>Walnot, CA 91789-4910 | Orlando Bermudez Jr.<br>3050 Oregon Avenue<br>Long Beach, CA 90806-1314 | Sandra Crow<br>3525-4-1 Del Mar Heights Road<br>San Diego, CA 92130-2122 |
| Sylvia S. Romo, CPA<br>Bexar County Assessor-Collector<br>P.O. Box 839950<br>San Antonio, TX 78283-3950 | Silvio Brigliadoro<br>& Eduardo Barillas<br>5431 Skyloft Drive<br>Riverside, CA 92509-5515 | Simon and Melissa Parrott<br>Dirty Bird Investment, LLC<br>10048 Cascade Falls Drive<br>Reno, NV 89521-5254 |
| Statewide Electric<br>772 Palo Alto<br>Von Ormy, TX 78073-5919 | Steven Gross<br>2318 NW Military Highway<br>San Antonio, TX 78231-2539 | Stone & Soil<br>26923 IH 10 W<br>Boerne, TX 78006-6507 |
| Security Fire Systems<br>P.O. Box 577<br>Coppell, TX 75019-0577 | TCL Construction<br>1131 Babcock Rd., #150<br>San Antonio, TX 78201-6945 | TM Resources LLC<br>1706 Kanapuu Dr.<br>Kailua, HI 96734-4193 |
| TM Resources, LLC<br>745 E. Mullberry, Ste 900<br>San Antonio, TX 78212-3141 | The Jacob Family Trust<br>16 Crockett<br>Irvine, CA 92620-3329 | Thomas G. Thamaravelil<br>13707 Ridge Chase<br>San Antonio, TX 78230-1189 |
| Tiger Sanitation<br>P.O. Box 200143<br>San Antonio, TX 78230-0143 | TopNotch Electric<br>5496 Old Highway 90 W<br>San Antonio, TX 78227-2267 | U.S. Attorney/IRS<br>601 N.W. Loop 410, Ste 600<br>San Antonio, TX 78216-5512 |
| Patricia and David Trustey<br>1056 Park Lane East<br>Franklin Square, NY 11010-1713 | Xiameng Chen & SenQin Zhao<br>27 Meier Road<br>Poughkeepsi, NY 12603-6517 | Young Brothers Fire Protection<br>14107 Bandera Road<br>Helotes, TX 78023 |