# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 09−53282−rbk
Chapter No.: 7
Judge: Ronald B. King

IN RE: **HTG Real Property Management Inc** ,
Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

   **5/4/10**    is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed in the office of the undersigned Clerk on an official form prescribed for proofs of claim obtainable from most legal stationery stores or from the office of the Clerk****.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

MAIL ORIGINAL PROOF OF CLAIM TO:    MAIL COPY OF PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
P. O. BOX 1439
SAN ANTONIO, TX 78295−1439

Randolph N Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 2/5/10

George D. Prentice II
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Western District of Texas | PROOF OF CLAIM |
|---|---|
| Name of Debtor: HTG Real Property Management Inc | Case Number: 09-53282-rbk |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: <br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above): <br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**     $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
 (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

  **Nature of property or right of setoff:** ☐ Real Estate     ☐ Motor Vehicle    ☐ Other
  **Describe:**

  **Value of Property: $**_____ **Annual Interest Rate**\_\_\_**%**

  **Amount of arrearage and other charges as of time case filed included in secured claim,**
   **if any: $**_____ **Basis for perfection:** _____

  **Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(\_\_).

**Amount entitled to priority:**

$_____

*\*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (12/08) - Cont.**

# INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0542-5          User: esquivelm             Page 1 of 4             Date Rcvd: Feb 05, 2010
Case: 09-53282                Form ID: 148                Total Noticed: 160
```

The following entities were noticed by first class mail on Feb 07, 2010.
```
db          +HTG Real Property Management Inc,   24165 W. IH 10 Suite 217-408,   San Antonio, TX 78257-1159
14279149    +ADT Security Services,   14200 E Exposition Avenue,   Aurora, CO 80012-2540
14143834    +ADT Security Services,   P.O. Box 55120,   Jacksonville, FL 32216-0120
14143840    +AR Utilities,   2330 Schuwirth Rd,   Converse, TX 78109-3008
14199358    +AR Utilities & Excavation, LLC,   c/o Kathleen A. Hurren,   2008 N.W. Military Hwy,
              San Antonio, Texas 78213-2130
14197469    +AZTECH RENTAL CENTER INC,   3439 ROOSEVELT AVE,   SAN ANTONIO TX 78214-2661
14143833    +Adolfo Berjarano,   16311 Ventura Blvd, #1210,   Encino, CA 91436-4388
14143835    +Airtron,   13718 Lookout Road,   San Antonio, TX 78233-4599
14143836    +Allen Vargas,   46 Los Fells Drive,   Pomona, CA 91766-7000
14143837    +Allied Waste Services,   4542 SE Loop 410,   San Antonio, TX 78222-3901
14143838    +American Automatic Sprinklers,   1223 Safari,   San Antonio, TX 78216-2855
14143839    +Andrew Nguyen,   Catherine Nguyen,   16059 Sunshine Ave,   Chino, CA 91708-7642
14197468    +Anny Christensen,   4488 Dutchmen,   Riberton, UT 84096-7760
14143841    +Attorney General of the U.S.,   Main Justice Bldg., Room 5111,   10th & Constitution Ave.,
              Washington, D.C 20530-0001
14143842    +Attorney General of the U.S.,   10th & Constitution #5111,   Washington, DC 20530-0001
14143843    +Ava Teherani,   18340 Ventura Blvd. #214,   Tarzana, CA 91356-4298
14143844     Ball & Weed,   1001 Reunion Pl Blvd.,   Suite 600,   San Antonio, TX  78216
14197470    +Ball & Weed,   10001 Reunion Pl Blvd.,   Suite 600,   San Antonio, TX 78216-4140
14143845    +Ben Lie & Jie Tang,   8072 Gragadio Dr. #2,   Huntington Beach, CA 92646-1729
14164694    +Bexar County,   c/o David G. Aelvoet,   711 Navarro Suite 300,   San Antonio, TX 78205-1749
14323397    +Bexar Metropolitan Water Dostrict,   2047 W. Malone,   San Antonio, TX 78225-2017
14358838    +Brian Taus,   c/o Ernesto Martinez,   111 Soledad, Suite 300,   San Antonio, TX 78205-2321
14176554    +Brian Taus,   2608 Calle Rompeolas,   San Clemente, CA 92673-6419
14143846     Bruce Neyland,   14250 Northbrook Drive,   Suite 150,   San Antonio, TX  78232
14197472     CITY OF SAN ANTONIO,   REVENUE & TAXATION [368204],   P.O. BOX 839975,
              SAN ANTONIO, TEXAS 78283-3975
14197471    +City of San Antonio,   Finance Dept,   Attn: Code Compliance,   P.O. Box 839975,
              San Antonio, TX 78283-3975
14164695    +City of San Antonio,   c/o David G. Aelvoet,   711 Navarro Suite 300,
              San Antonio, TX 78205-1749
14195583    +Clyde B. Goldsmith,   725 N. Zarzamora,   San Antonio, TX 78207-2130
14143847    +Cortez Custom Cabinets,   910 E. Lee,   Pharr, TX 78577
14176598    +Craig Inaba,   22406 Goldrush,   Lake Forrest, CA 92630-4307
14358871    +Craig Inaba,   c/o Ernesto Martinez,   111 Soledad, Suite 300,   San Antonio, TX 78205-2321
14143848    +David Goldberg,   4243 W. Sarah St,   Burbank, CA 91505-3815
14197473    +Desiree Michelle Young,   348 Manhattan Avenue,   Hermosa Beach, CA 90254-5134
14143849    +Double H. Landscaping,   P.O. Box 829,   La Coste, TX 78039-0829
14143850    +Edward J. Arriola Sr.,   Randal Arriola,   3275 West Ina Road, Suite 125,   Tucson, AZ 85741-2198
14359969    +Elbertha Deleon,   314 Guanajauto,   San Antonio, TX 78237-4239
14197474    +Elliot Electric Supply Group LLC,   PO Box 630610,   Nacogdoches, TX 75963-0610
14210075    +Elliot Electric Supply Group LLC,   2526 North Stallings Drive,   Nacogdoches, TX 75964-1201
14319901    +Enrique Ruben Garza d/b/a Top Notch Electric,   c/o Luke Beshara,
              Pulman, Cappuccio, Pullen & Benson, LLP,   2161 NW Military Highway, Suite 400,
              San Antonio, TX 78213-1844
14143851    +Eric D. Sherer,   11124 Wurzbach Rd., Suite 100,   San Antonio, TX 78230-2440
14319892    +Erique Ruben Garza d/b/a Top Notch Electric,   Luke Beshara,
              Pulman, Cappuccio, Pullen & Benson, LLP,   2161 NW Military Highway, Suite 400,
              San Antonio, TX 78213-1844
14197475    +Ernest & Xiao Gonzales,   91 Three Lakes Drive,   San Antonio, TX 78248-1022
14358872    +Ernesto Martinez,   111 Soledad, Suite 300,   San Antonio, TX 78205-2321
14143852    +Ernesto Silva,   3428 Mainve Ave,   Baldwin Park, CA 91706
14197478    +FIGA, Inc,   c/o Karla R. Pascarella,   Barton, East & Caldwell, L.L.P.,
              700 North St. Mary's Street, Suite 1825,   San Antonio, TX 78205-3545
14197476    +Ferguson Enterprises,   6825 Wallisville Road,   Houston, TX 77020-3258
14197477     Fiber Glass Insulators,   P.O. Box 4346, Dept. 249,   Houston, TX 77210-4346
14143853    +First National Bank of Edinburg,   7925 N. New Braunfels,   San Antonio, TX 78209-2726
14143854    +Frantz Kenol,   Cynthia Kenol,   6579 Prestwick Dr.,   Highland, MD 20777-9792
14143855    +Frost Geo Sciences,   13402 Western Oak,   Helotes, TX 78023-4676
14172669    +George Heywood,   Denise Taylor-Heywood,   7421 Enfield Ave,   Reseda, CA 91335-3232
14197480    +George Heywood and Denise,   Taylor-Heywood,   7421 Enfield Ave.,   Reseda CA 91335-3232
14197479    +George and Linelle Hanawahine,   7098 Hawaii Kai Drive, #40,   Honolulu, HI 96825-3165
14307786    +Gisela Grimm-Darrow,   Maria Luisa Holmgreen,   7801 Broadway, Suite 230,
              San Antonio, TX 78209-2580
14197481    +Gisela M. Grimm-Darrow,   10231 Farragut Court,   Manassas, VA 20109-3521
14176601    +Gohar Karahagopian,   Hagop Karahogopian,   840 Patterson Ave.,   Glendale, CA 91202-2130
14143857    +Gravel Supply,   P.O. Box 240935,   San Antonio, TX 78224-0935
14143858     Guerrero CPA,   1503 Jones Maltsberger #102,   San Antonio, TX  78216
14320221    +Gurpreet Kaur and Harbhajan Singh,   c/o Law Ofcs William B Kingman PC,
              4040 Broadway, Suite 450,   San Antonio, TX 78209-6351
14143859    +H. Singh,   18706 Millhollow,   San Antonio, TX 78258-4256
14197483    +Hagop & Gohar Karakagopian,   840 Patterson Avenue,   Glendale, CA 91202-2130
14176889    +Hanjiang Zhang and Lin Li,   12792 Wild Goose St.,   Garden Grove, CA 92845-3019
14320219    +Harbhajan Singh,   c/o Law Ofcs William B Kingman PC,   4040 Broadway, Suite 450,
              San Antonio, TX 78209-6351
14369686    +Hermann Kinschner,   c/o Xiomara J. Escalante-Sostre,   1230 Bluemist Bay,
              San Antonio, TX 78258-3849
14143860    +Hollerman Development,   4403 Dividend, #101,   San Antonio, TX 78219-2633
14143861    +Hollywood Crawford,   11234 Gordon Road,   San Antonio, TX 78216-2846
14143862    +Holt Caterpillar,   3302 S WW White Rd,   San Antonio, TX 78222-4830
14156232    +Holt Texas, Ltd, dba HOLT CAT,   c/o Willis & Wilkins, LLP,   Counsel to BE&C, LLP,
              100 W Houston, Suite 1275,   San Antonio, TX 78205-1445
```

```
14143863      Internal Revenue Service,   P. O. Box 21126,   Philadelphia, PA 19114
14143864     +Internal Revenue Service (CH 11),   Special Procedures Staff,   STOP 5022 AUS,   300 E. 8th St.,
               Austin, TX 78701-3233
14143865      Internal Revenue Service (Ch 11),   P.O. Box 21126,   Philadelphia, PA  19114
14176874     +Irene Minkov,   The Minkov Family Living Trust,   1301 17th St., #207,
               Santa Monica, CA 90404-1959
14143866     +Islas Air Conditioning,   1416 Culebra Road,   San Antonio, TX 78201-5909
14197484     +Jason Hancock,   1633 Diamond St., Apt 13,   San Diego, CA 92109-3162
14300076     +Jason Hancock, c/o Jim D. Lee,   Griswold, LaSalle, Cobb, Dowd & Gin LLP,   111 E. Seventh Street,
               Hanford, CA 93230-4641
14143867      Jerry Wilke Survey,   P.O. Box 16034,   San Antonio, TX  78280
14176878     +Joseph A. and Tawny Amelio,   5195 Redwood Retreat Road,   Gildry, CA 95020-9431
14176876     +Joseph Amelio,   5195 Redwood Retreat Road,   Gildry, CA 95020-9431
14197485     +Joseph Amelio,   5195 Redwood Retreat Road,   Gilroy, CA 95020-9431
14143868     +Joseph Stahl,   c/o John O’Connor,   Prudential Classic Realty,   21750 Hardy Oak,
               San Antonio, TX 78258-4925
14143869     +Julio Francisco Flores,   20145 San Vincente Circle,   Walnut, CA 91789-1844
14143870     +Karla R. Pascarella,   One Riverwalk Place, Suite 1825,   700 North St. Mary’s Street,
               San Antonio, TX 78205-3507
14143871     +Kathleen Hurren,   2008 N.W. Military Highway,   San Antonio, TX 78213-2130
14143872     +Kenneth Grubbs,   4241 Woodcock Drive,   San Antonio, TX 78228-1328
14197486     +Kennie Arreola, Brian Tams et al,   c/o Ernesto Martinez Jr.,   111 Soledad, Suit 300,
               San Antonio, TX 78205-2321
14176596     +Kennie Arriola,   14 Duquesa,   Dana Point, CA 92629-4109
14358841     +Kennie Arriola,   c/o Ernesto Martinez,   111 Soledad, Suite 300,   San Antonio, TX 78205-2321
14143873     +Linda Lockwook,   P.O. Box 2711,   Capestrano Beach, CA 92624-0711
14197487     +M.L. Rendleman Company, Inc,   8600 Hempstead Road,,   Houston, TX 77008-6014
14143874     +Manuel & Martha Luna,   8211 Tyrone Ave,   Panorama City, CA 91402-5324
14143875     +Manuel & Stacey Martinez,   3114 Fernside Blvd.,   Alameda, CA 94501-1760
14286848      Manuel & Stacy Martinez,   3114 Fernside Blvd.,   Alameda, California  94501-1760
14143876     +Maria & Elain Dobesh,   2020 Briarwood Dr.,   Santa Clara, CA 95051-2124
14172674     +Mark & Elaine Dobesh   2020 Briarwood Dr,   Santa Clara, CA 95051-2124
14197507      Mark Dobesh,   111674 Albury Court,   San Diego, CA  92131
14143877     +Mauricio Bejarano,   16311 Ventura Blvd, #1210,   Encino, CA 91436-4388
14143878     +McCoy’s Building & Supply Center,   1350 IH 35 North,   San Marcos, TX 78666-7130
14143879     +Michael A. Derse,   2188 Arleen Way,   San Jose, CA 95130-1901
14176865     +Michael D. Loeffler,   1686 Ebbets Dr.,   Campbell, CA 95008-5110
14197508     +Michael Loeffler,   1686 Ebbets Dr.,   Campbell, CA 95008-5110
14197509     +Morrison Supply,   P.O. Box 70,   Fort Worth, TX 76101-0070
14197510     +Orlando Bermudez Jr.,   3050 Oregon Avenue,   Long Beach, CA 90806-1314
14320338     +Padilla Property Corporation,   24165 IH - 10W #217-408,   San Antonio, Texas 78257-1159
14197511     +Pape Dawson,   555 E. Ramsey,   San Antonio, TX 78216-4640
14220655     +Pape-Dawson Engineers, Inc.,   c/o Chuck Shipman,   Haynes and Boone, LLP,
               112 E. Pecan, Suite 1200,   San Antonio, TX 78205-1540
14197512     +Pat Trustey,   1056 Park Lane East,   Frankline Square, NY 11010-1713
14172661     +Patricia Trustey,   David Trustey,   1056 Park Lane East,   Franklin Square, NY 11010-1713
14340175     +Paul J Tillman, CPA,   900 NE Loop 410, D-214,   San Antonio, TX 78209-1437
14143880     +Paul M. Smith,   Kimberly K. St. Onge,   3275 W Ina Rd, Suite 125,   Tucson, AZ 85741-2198
14143881     +Paul Payam Kohanbash,   1466 S. Shenandoah Street,   Los Angelos, CA 90035-3517
14143882     +Paul Webber,   1918 Canyon Dr.,   Los Angeles, CA 90068-3605
14320220     +Pritpal Singh,   c/o Law Ofcs William B Kingman PC,   4040 Broadway, Suite 450,
               San Antonio, TX 78209-6351
14143883     +Pro-Vigil,   4710 Perrin Creek,   Suite 300,   San Antonio, TX 78217-3728
14197514     +QR Fire Protection Inc,   3626 Binz Englemann Rd.,   San Antonio, TX 78219-2201
14197515      R. Ponce Construction,   15422 Legend Drive,   San Antonio, TX 78247
14197516     +Raymond Sirak,   2619 Cove Trail,   Schertz, TX 78154-2685
14176490     +Raymond Sirak, Nina Sirak,   Frederick Lee, Miriam Lee,   c/o James F. Gillen, Jr.,
               3700 Fredericksburg Rd., #237,   San Antonio, Texas 78201-3274
14197517     +Raymond V. Bricker and Sharon Bricker,   19 Sandra Drive,   Ormond Beach, FL 32176-3120
14253492     +Rene R. Sr. and Margie O. Martinez,   c/o Darrell G. Stewart,   7300 Blanco Rd, Ste 301,
               San Antonio, TX 78216-4939
14172631     +Rene and Margie Martinez,   660 FM 1333,   Poteet, TX 78065-3571
14143884     +Rick Lee,   5413 Cheyenne St,   Atioch, CA 94531-9091
14143885     +Roxanne Whitehouse,   16059 Sunshine Ave.,   Chino, CA 91708-7642
14143886     +Salvador L. & Linda Galvez,   580 Meadow Pass Hts,   Walnut, CA 91789-4910
14143887     +San Antonio National Bank,   c/o Scott Farrimon,   112 East Pecan Street, Ste 700,
               San Antonio, TX 78205-1552
14197521     +San Antonio National Bank,   45 NE Loop 410, Suite 500,   San Antonio, TX 78216-5870
14159565     +San Antonio National Bank,   c/o John M. Castillo,   Stumpf Farrimond, PC,
               112 E. Pecan St., Suite 700,   San Antonio, TX 78205-1552,   (210) 231-0919
14276254     +San Antonio Water System,   c/o Law Offices of Elizabeth G. Smith,
               6655 First Park Ten, Suite 250,   San Antonio, TX 78213-4305
14143888     +Sandra Crow,   3525-4-1 Dal Mar Heights Road,   San Diego, CA 92130-2122
14143889     +Security Fire Systems,   P.O. Box 577,   Coppell, TX 75019-0577
14320225     +Sidake-Sikh Revocable Trust,   c/o Law Ofcs William B Kingman PC,   4040 Broadway, Suite 450,
               San Antonio, TX 78209-6351
14143890     +Silvio Brigliadoro,   Eduardo Barillas,   5431 Skyloft Dr.,   Riverside, CA 92509-5515
14176796     +Simon Parrott,   Melissa Parrott,   Dirty Bird Investment, LLC,   10048 Cascade Falls Dr.,
               Reno, NV 89521-5254
14172793      Stanley Salah,   c/o R. David Fritsche,   921 Proton Road,   San Antonio, TX  78258-4203
14143891     +Stanley Salah,   550 Creekside Lane,   Morgan Hill, CA 95037-4644
14197522     +Statewide Electric,   772 Palo Alto,   Von Ormy, TX 78073-5919
14143892     +Steven G. Cennamo,   2929 Mossrock, Suite 117,   San Antonio, Texas 78230-5141
14143893     +Steven Gross,   2318 NW Military Highway,   San Antonio, TX 78231-2539
```

```
14195584     +Steven J. Epstein,   725 N. Zarzamora,   San Antonio, TX 78207-2130
14143894     +Stone & Soil,   26923 IH 10 W,   Boerne, TX 78006-6507
14143895      Sylvia S. Romo, CPA,   Bexar County Assessor-Collector,   P.O. Box 839950,
               San Antonio, Texas 78283-3950
14143896     +TCL Construction,   1131 Babcock Rd, #150,   San Antonio, TX 78201-6945
14197525     +TM Resources LLC,   1706 Kanapuu Drive,   Kailua, HI 96734-4193
14178530     +TM Resources, LLC,   745 E Mulberry, Ste 900,   San Antonio, TX 78212-3141
14143897     +The Jacob Family Trust,   16 Crockett,   Ivin, CA 92620-3329
14143898     +The Minkov Family Trust,   c/o Eric D. Sherer,   11124 Wurzbach Rd, Suite 100,
               San Antonio, TX 78230-2440
14195585     +The Rosenstein Family Limited Partnership,   725 N. Zarzamora,   San Antonio, TX 78207-2130
14319664     +Thomas G. Thamaravelil,   c/o Phillip A. Yochem, Jr.,   Law Office of Steven C. Benke,
               4018 Vance Jackson,   San Antonio, Tx 78213-2900
14197523     +Thomas G. Thamaravelil,   13707 Ridge Chase,   San Antonio, TX 78230-1189
14197524     +Tiger Sanitation,   PO Box 200143,   San Antonio, TX 78220-0143
14143899     +TopNotch Electric,   5496 Old HIghway 90 W,   San Antonio, TX 78227-2267
14143901     +U.S. Attorney/IRS,   601 N. W. Loop 410, Suite 600,   San Antonio, Texas 78216-5512
14143902     +United States Attorney- IRS,   601 N.W. Loop 410, Suite 600,   San Antonio, TX 78216-5597
14143903     +Veronica Lopez-Moore,   Paul A. Moore,   P.O. Box 91557,   Tucson, AZ 85752-1557
14197526     +Xiameng Chen & SenQin Zhao,   27 Meier Road,   Poughkeepsi, NY 12603-6517
14197527      Young Brothers Fire Protection,   14107 Bandera Road,   Helotes, TX 78023

The following entities were noticed by electronic transmission on Feb 05, 2010.
14171718      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2010 00:20:01
               AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA CARD SERVICES, NA/BANK OF AMERICA,   PO Box 248809,
               Oklahoma City, OK   73124-8809
14285385      E-mail/Text: PACER@WEBFNB.COM                            FIRST NATIONAL BANK,   LYNN BARLOW,
               PO BOX 660,   EDINBURG, TX 78540-0660
14143856     +E-mail/Text: gfbates@earthlink.net                            Gerald Bates,   23018 Oxnard Street,
               Woodland Hill, CA 91367-3231
14197519     +E-mail/PDF: CREDIT@RSCRENTAL.COM Feb 06 2010 02:34:41     RSC Equipment Rental,
               3200 Harbor Lane N., Suite 100,   Minneapolis, Minn 55447-5293
14143900      E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov                            U. S. Trustee,
               P. O. Box 1539,   San Antonio, Texas 78295-1539
                                                                                              TOTAL: 5


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14210070*    +AZTECH RENTAL CENTER INC,   3439 ROOSEVELT AVE,   SAN ANTONIO TX 78214-2661
14210069*    +Anny Christensen,   4488 Dutchmen,   Riberton, UT 84096-7760
14210071*    +Ball & Weed,   10001 Reunion Pl Blvd.,   Suite 600,   San Antonio, TX 78216-4140
14164699*    +Bexar County,   c/o David G. Aelvoet,   711 Navarro Suite 300,   San Antonio, TX 78205-1749
14164700*    +Bexar County,   c/o David G. Aelvoet,   711 Navarro Suite 300,   San Antonio, TX 78205-1749
14210073*     CITY OF SAN ANTONIO,   REVENUE & TAXATION [368204],   P.O. BOX 839975,
               SAN ANTONIO, TEXAS 78283-3975
14210072*    +City of San Antonio,   Finance Dept,   Attn: Code Compliance,   P.O. Box 839975,
               San Antonio, TX 78283-3975
14164701*    +City of San Antonio,   c/o David G. Aelvoet,   711 Navarro Suite 300,
               San Antonio, TX 78205-1749
14210074*    +Desiree Michelle Young,   348 Manhattan Avenue,   Hermosa Beach, CA 90254-5134
14210076*    +Ernest & Xiao Gonzales,   91 Three Lakes Drive,   San Antonio, TX 78248-1022
14210079*    +FIGA, Inc,   c/o Karla R. Pascarella,   Barton, East & Caldwell, L.L.P.,
               700 North St. Mary's Street, Suite 1825,   San Antonio, TX 78205-3545
14210077*    +Ferguson Enterprises,   6825 Wallisville Road,   Houston, TX 77020-3258
14210078*     Fiber Glass Insulators,   P.O. Box 4346, Dept. 249,   Houston, TX  77210-4346
14210081*    +George Heywood and Denise,   Taylor-Heywood,   7421 Enfield Ave.,   Reseda CA 91335-3232
14210080*    +George and Linelle Hanawahine,   7098 Hawaii Kai Drive, #40,   Honolulu, HI 96825-3165
14210082*    +Gisela M. Grimm-Darrow,   10231 Farragut Court,   Manassas, VA 20109-3521
14210083*    +H. Singh,   18706 Millhollow,   San Antonio, TX 78258-4256
14197482*    +H. Singh,   18706 Millhollow,   San Antonio, TX 78258-4256
14210084*    +Hagop & Gohar Karakagopian,   840 Patterson Avenue,   Glendale, CA 91202-2130
14210085*    +Jason Hancock,   1633 Diamond St., Apt 13,   San Diego, CA 92109-3162
14210086*    +Joseph Amelio,   5195 Redwood Retreat Road,   Gilroy, CA 95020-9431
14210087*    +Kennie Arreola, Brian Tams et al,   c/o Ernesto Martinez Jr.,   111 Soledad, Suit 300,
               San Antonio, TX 78205-2321
14210088*    +M.L. Rendleman Company, Inc,   8600 Hempstead Road,,   Houston, TX 77008-6014
14210111*     Mark Dobesh,   111674 Albury Court,   San Diego, CA 92131
14197505*    +Mauricio Bejarano,   16311 Ventura Blvd #1210,   Encino, CA 91436-4388
14210089*    +Mauricio Bejarano,   16311 Ventura Blvd #1210,   Encino, CA 91436-4388
14210090*    +Michael Loeffler,   1686 Ebbets Dr.,   Campbell, CA 95008-5110
14210091*    +Morrison Supply,   P.O. Box 70,   Fort Worth, TX 76101-0070
14210092*    +Orlando Bermudez Jr.,   3050 Oregon Avenue,   Long Beach, CA 90806-1314
14210093*    +Pape Dawson,   555 E. Ramsey,   San Antonio, TX 78216-4640
14210094*    +Pat Trustey,   1056 Park Lane East,   Frankline Square, NY 11010-1713
14210095*    +Paul Webber,   1918 Canyon Drive,   Los Angeles, CA 90068-3605
14197513*    +Paul Webber,   1918 Canyon Drive,   Los Angeles, CA 90068-3605
14210096*    +QR Fire Protection Inc,   3626 Binz Englemann Rd.,   San Antonio, TX 78219-2201
14210097*     R. Ponce Construction,   15422 Legend Drive,   San Antonio, TX  78247
14210102*    +RSC Equipment Rental,   3200 Harbor Lane N., Suite 100,   Minneapolis, Minn 55447-5293
14210098*    +Raymond Sirak,   2619 Cove Trail,   Schertz, TX 78154-2685
14210099*    +Raymond V. Bricker and Sharon Bricker,   19 Sandra Drive,   Ormond Beach, FL 32176-3120
14197506*    +Rene and Margie Martinez,   660 FM 1333,   Poteet, TX 78065-3571
14210100*    +Rene and Margie Martinez,   660 FM 1333,   Poteet, TX 78065-3571
14210101*    +Rick Lee,   5413 Cheyenne Street,   Atioch, CA 94531-9091
14197518*    +Rick Lee,   5413 Cheyenne Street,   Atioch, CA 94531-9091
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
14210103*     +Salvador L. & Linda Galvez,    580 Meadow Pass Hts,    Walnut, CA 91789-4910
14197520*     +Salvador L. & Linda Galvez,    580 Meadow Pass Hts,    Walnut, CA 91789-4910
14210104*     +San Antonio National Bank,    45 NE Loop 410, Suite 500,    San Antonio, TX 78216-5870
14210105*     +Statewide Electric,    772 Palo Alto,    Von Ormy, TX 78073-5919
14210108*     +TM Resources LLC,    1706 Kanapuu Drive,    Kailua, HI 96734-4193
14210106*     +Thomas G. Thamaravelil,    13707 Ridge Chase,    San Antonio, TX 78230-1189
14210107*     +Tiger Sanitation,    PO Box 200143,    San Antonio, TX 78220-0143
14210109*     +Xiameng Chen & SenQin Zhao,    27 Meier Road,    Poughkeepsi, NY 12603-6517
14210110*      Young Brothers Fire Protection,    14107 Bandera Road,    Helotes, TX  78023
                                                                                         TOTALS: 0, * 51
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2010**                          **Signature:**              *Joseph Speetjens*