IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: § CASE NO. 09-53282-RBK
§
HTG REAL PROPERTY MANAGEMENT, INC., §
§
DEBTOR. § CHAPTER 11 PROCEEDING

## CHAPTER 11 TRUSTEE'S FINAL REPORT (TFR)

The undersigned Trustee hereby makes this Final Report and states as follow:

1. The Debtor filed a Petition under Chapter 11 of the United States Bankruptcy Code on 08/27/2009. The case was converted to one under Chapter 7 on 1/19/2010. The undersigned Trustee was appointed on 01/20/2010.

2. The Trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. This case was converted because there was no reasonable expectation that a Chapter 11 reorganization plan would be confirmed by the Court. The Chapter 7 Trustee is still investigating the assets of this estate. The Chapter 7 Trustee has filed a Motion to Compel Turnover of all HTG Real Property Management, Inc. files. An individual estate property record and report showing the receipt of the Debtor's in possession account.

4. The Trustee realized a gross receipts of $6,137.29

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative Expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd parties | 0.00 |
| Payments to the Debtor | 0.00 |
| Leaving a balance of | $6,137.29 |

The remaining funds are available for distribution.

5. Attached is **Exhibit B** is a cash receipts and disbursements record for the estate bank account. There were no disbursements during the Chapter 11.

6. The deadline for filing claims in the Chapter 7 case is 05/04/2010.

7. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the Trustee is $0.00.

The Trustee has received no compensation.

8. Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 2/18/2010
By: /s/ Randolph N. Osherow
RANDOLPH N. OSHEROW
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(2120) 737-6312 - Telefax
rosherow@hotmail.com
**Chapter 7 Trustee**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit A

Case No: 09-53282 RK Judge: RONALD KING
Case Name: HTG REAL PROPERTY MANAGEMENT INC

Trustee Name: RANDOLPH N. OSHEROW
Date Filed (f) or Converted (c): 01/19/10 (c)
341(a) Meeting Date: 02/11/10

For Period Ending: 12/31/09

Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.02 | Unknown |
| 2. COMPASS BANK ACCOUNT ####6854 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. COUNTER CLAIM AGAINST RENE MARTINEZ | 800,000.00 | 800,000.00 | | 0.00 | 800,000.00 |
| 4. CLAIM AGAINST PAPE DAWSON | Unknown | 0.00 | | 0.00 | 0.00 |
| 5. CLAIM AGAINST FIRST NATIONAL BANK | Unknown | 0.00 | | 0.00 | 0.00 |
| 6. CLAIM AGAINST AR EXCAVATION, ETC... | Unknown | 0.00 | | 0.00 | 0.00 |
| 7. CLAIM AGAINST PADILLA PROPERTY CORP. | 140,204.36 | 140,204.36 | | 0.00 | 140,204.36 |
| 8. CLAIM AGAINST PADILLA PROPERTY CORP. | 36,689.97 | 36,689.97 | | 0.00 | 36,689.97 |
| 9. BROADWAY BANK-FUNDS -CLOSE ACCT (u) | 0.00 | 6,137.29 | | 6,137.29 | FA |
| TOTALS (Excluding Unknown Values) | $976,894.33 | $983,031.62 | | $6,137.31 | Value of Remaining Assets $976,894.33 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/12     Current Projected Date of Final Report (TFR): 01/01/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

Case No: 09-53282 -RK
Case Name: HTG REAL PROPERTY MANAGEMENT INC

Taxpayer ID No: 20-3557667
For Period Ending: 12/31/09

Trustee Name: RANDOLPH N. OSHEROW
Bank Name: BANK OF AMERICA
Account Number: 4437331348 MONEY MARKET ACCOUNTS

Blanket Bond (per case limit): $ 4,400,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| C 12/21/09 | 9 | BROADWAY BANK HTG REAL PROPERTY ACCT. | CLOSE BROADWAY BANK ACCOUNT | 6,137.29 | | 6,137.29 |
| C 12/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 0.02 | | 6,137.31 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account | | | | | |
|---|---|---|---|---|---|
| 4437331348 | Balance Forward | 0.00 | 0 Checks | | 0.00 |
| | 1 Deposits | 6,137.29 | 0 Adjustments Out | | 0.00 |
| | 1 Interest Postings | 0.02 | 0 Transfers Out | | 0.00 |
| | Subtotal | $ 6,137.31 | Total | $ | 0.00 |
| | 0 Adjustments In | 0.00 | | | |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 6,137.31 | | | |

PFORM2T UST Form 101-7-TFR (9/1/2009) (Page: 4)

Ver: 15.06